# EXHIBIT D



*Bouchard Transportation Co., Inc.*
58 South Service Road, Suite 150
Melville, New York 11747
Tel.: (631) 390-4900
Fax: (631) 390-4905

ATLANTIC COAST • LONG ISLAND SOUND
GREAT LAKES • GULF COAST

October 7, 2019

To our valued customers and partners,

During the past two months, Bouchard Transportation Co., Inc. has been faced with an unprecedented lifting of our Document of Compliance (DOC), despite having a full term Document of Compliance issued on May 2019 expiring September 2022 .

Bouchard Transportation Co., Inc. fully disagreed with this lifting and to this day, believes it was government overreach by the United States Coast Guard, backed by the American Bureau of Shipping with alternative motives. Bouchard fully understood that we were behind on paperwork and implementation of corrective action plans, but lifting our DOC has been detrimental and is something that I hope no other company has to go through.

As a result of this action, Bouchard has had several contracts cancelled, which we vividly disagree with, and continue to fight. Additionally, we have been denied access to refineries and terminals by Valero, Motiva, Exxon, and others. After two months of doing everything possible to rectify these matters, we still have not been able to obtain a full term DOC.

As of Friday, October 4, 2109 at 1400 hours, Bouchard Transportation Co., Inc. will be suspending operations, with the exception of operating only contracted vessels. Bouchard will thus be laying off all non-essential personnel, and will operate with a smaller staff until further notice.

This has not been an easy decision, especially after 101 years of dedicated service, but I feel it is in the best interest of the company and my family. Regrettably, this decision ultimately gives the United States Coast Guard and the American Bureau of Shipping what they want, which is to put Bouchard out of business.

I will be evaluating which direction the Company takes in the future on a daily basis.

I would personally like to thank all of you for your business and partnerships over the years. We have developed some personal and long-standing relationships that I cherish, and hope will continue.

Thank you, and I appreciate your understanding during this time.


Very truly yours,



Morton S. Bouchard III

1