# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
Bouchard Transportation Co., Inc.,                       :  Case No.: 1:19-cv-09559-MKV
                                                         :
   Plaintiff,                                       :  Hon. Mary K. Vyskocil
                                                         :
                                                         :
     v.                                          :
                                                         :
Laurel Shipping LLC and Gulf Oil LP,                     :
                                                         :
   Defendants.                                       :
                                                         :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------X

TO:   U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR
        THE SOUTHERN DISTRICT OF NEW YORK

In the name of the United States District Court for the Southern District of New York and in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are commanded to arrest the following vessels:

- M/V ELLEN S. BOUCHARD, IMO Number 8117952, Official Number 644590;
- M/V MORTON S. BOUCHARD JR, IMO Number 9794680, Official Number 1265315;
- M/V JANE A. BOUCHARD, IMO Number 9269702, Official Number 1139762; and
- M/V EVENING STAR, IMO Number 9629768, Official Number 1234828

as well as each Vessel's engines, apparel, furniture, equipment, appurtenances, tackle, etc., and to detain same in your custody pending further order of this Court.

YOU ARE HEREBY further commanded to serve a copy of the Verified Complaint, the Order Authorizing the Issuance of Warrant of Arrest, and this Warrant on the person in possession of the each vessel or her agents, and promptly return your writ.

Dated: _____

United State District Court
Southern District of New York

By: _____