UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUCHARD TRANSPORTATION CO., INC, <br><br> Plaintiff, <br><br> -against- <br><br> LAUREL SHIPPING LLC and GULF OIL LP, <br><br> Defendants. <br><br> LAUREL SHIPPING LLC, <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> M/V ELLEN S. BOUCHARD, IMO No. 8117952, Official No. 644590, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V MORTON S. BOUCHARD JR., IMO No. 9794680, Official No. 1265315, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V JANE A. BOUCHARD, IMO No. 9269702, Official No. 1139762, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V EVENING STAR, IMO No. 9629768, Official No. 1234828, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., <br><br> Third-Party Defendants. | 1:19-cv-9559 <br><br> ORDER <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED:_2/26/2020_ |

Third-Party Plaintiff Laurel Shipping LLC's request for an order directing expedited relief associated with issuance of warrants of arrest *in rem* is DENIED.

**SO ORDERED.**

Date: **February 26, 2020**  **MARY KAY VYSKOCIL**
New York, NY  **United States District Judge**