UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUCHARD TRANSPORTATION CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> LAUREL SHIPPING LLC and GULF OIL LP, <br><br> Defendants. | Case No. 1:19-cv-09559-MKV <br><br> Honorable Judge Alison J. Nathan <br><br> NOTICE OF WITHDRAWAL OF WELLS FARGO BANK, N.A.'S MOTION TO INTERVENE |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/9/2020__

PLEASE TAKE NOTICE that Proposed Third-Party Plaintiff Wells Fargo Bank, N.A. hereby withdraws, without prejudice, its motion for leave to intervene in the above-captioned matter (ECF Dkt. No. 94).

Dated this 25th day of June 2020, in New York, New York.

Respectfully submitted,

/s/   *Jane Freeberg Sarma*
Jane Freeberg Sarma
Alice D. Colarossi
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
jsarma@reedsmith.com
acolarossi@reedsmith.com

ATTORNEYS FOR PROPOSED THIRD-PARTY PLAINTIFF, WELLS FARGO BANK, N.A.

*Of Counsel*

---

Wells Fargo Bank, N.A.'s Motion to Intervene is withdrawn. The Clerk of the Court is respectfully requested to close the motion at ECF No. 94.
SO ORDERED.

Date:   7/9/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

        J. James Cooper (TX Bar No. 04780010)
        Michael B. Taylor (TX Bar No. 24102560)
        J. Keely Dulaney (TX Bar No. 24116306)
        REED SMITH LLP
        811 Main Street, Suite 1700
        Houston, TX 77002
        Telephone: (713) 469-3800
        Facsimile: (713) 469-3899
        jcooper@reedsmith.com
        btaylor@reedsmith.com
        kdulaney@reedsmith.com
        *Pro hac vice applications forthcoming*