| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/3/2020 |
| BOUCHARD TRANSPORTATION CO., INC,<br><br>    Plaintiff,<br><br>-against-<br><br>LAUREL SHIPPING LLC and GULF OIL LP,<br><br>    Defendants. | 1:19-cv-9559<br><br>ORDER OF DISMISSAL |
| LAUREL SHIPPING LLC,<br><br>    Third-Party Plaintiff,<br><br>-against-<br><br>M/V ELLEN S. BOUCHARD, IMO No. 8117952, Official No. 644590, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V MORTON S. BOUCHARD JR., IMO No. 9794680, Official No. 1265315, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V JANE A. BOUCHARD, IMO No. 9269702, Official No. 1139762, her engines, apparel, furniture, equipment, appurtenances, tackle, etc., M/V EVENING STAR, IMO No. 9629768, Official No. 1234828, her engines, apparel, furniture, equipment, appurtenances, tackle, etc.,<br><br>    Third-Party Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

    Having been informed by the parties that the case has settled, all vessels arrested in connection with this action having been released [ECF # 99, 109], and the parties having stipulated to dismissal of the case [ECF # 110] it is hereby ORDERED that the case is dismissed with prejudice.  It is therefore ORDERED that the Motion of John J. Walsh to Withdraw as Attorney is DENIED as moot.  It is further ORDERED that Billybey Marina Services, LLC's Motion to Intervene [ECF # 92] is DENIED as moot.  Billybey Marina Services, LLC is

authorized to proceed against the Third-Party Defendants in a separate action.  The Clerk of the Court is respectfully requested to close the case.

**SO ORDERED.**

**Date:  August 3, 2020**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**